**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **C.H. ROBINSON COMPANY, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-24-CV-245-KC** |
| | § | |
| **J.R. PRODUCE AND FOOD SERVICE,** | § | |
| **INC.; DANIEL ENRIQUEZ** | § | |
| **HERNANDEZ; and MARCOS** | § | |
| **ENRIQUEZ HERNANDEZ,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

On this day, the Court considered United States Magistrate Judge Robert F. Castaneda's Report and Recommendation ("R&R"), ECF No. 22. On November 27, 2024, Plaintiff filed a Motion for Default Judgment ("Motion"), ECF No. 20, against Defendants. The Court referred the Motion to Magistrate Judge Castaneda. May 15, 2025, Text Order.

Magistrate Judge Castaneda filed the R&R on June 24, 2025, recommending that the Court grant Plaintiff's Motion. Parties have fourteen days from a service of a Report and Recommendation of a United States Magistrate Judge to file written objections. *See* 28 U.S.C. § 636(b)(1)(C).[1] Over fourteen days have elapsed since the R&R, and no objections have been filed.

When parties do not file written objections, courts apply a "clearly erroneous, abuse of discretion and contrary to law" standard of review to a report and recommendation. *United*

---

[1] Federal district courts conduct de novo review of those portions of a report and recommendation to which a party has objected. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge . . . shall make a de novo determination of those portions of the report . . . to which objection is made . . . .").

*States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).  After reviewing the R&R, the Court agrees with the Magistrate Judge's proposed findings of fact and conclusions of law and finds that they are neither clearly erroneous nor contrary to law.  *See id.*

Accordingly, the Court **ADOPTS** the R&R, ECF No. 22, in its entirety, and **ORDERS** that Plaintiff's Motion for Default Judgment, ECF No. 20, is **GRANTED**.

**IT IS FURTHER ORDERED** that **DEFAULT JUDGMENT** is **ENTERED** in favor of Plaintiff C.H. Robinson Company, Inc. and against Defendants J.R. Produce and Food Service, Inc.; Daniel Enriquez Hernandez; and Marcos Enriquez Hernandez.

**IT IS FURTHER ORDERED** that Defendants J.R. Produce and Food Service, Inc.; Daniel Enriquez Hernandez; and Marcos Enriquez Hernandez are jointly and severally liable and **SHALL PAY** Plaintiff:

a. $46,780.00 in damages; and

b. $9,911.54 in prejudgment interest.

In total, the Court **GRANTS** default judgment in favor of Plaintiff C.H. Robinson Company, Inc., and against Defendants J.R. Produce and Food Service, Inc.; Daniel Enriquez Hernandez; and Marcos Enriquez Hernandez in the amount of $56,691.54.

**IT IS FURTHER ORDERED** that all monetary judgments awarded herein shall accrue post-judgment interest at the legal rate prescribed by 28 U.S.C. § 1961, calculated from the date of this Order.

**IT IS FURTHER ORDERED** that Plaintiff C.H. Robinson Company, Inc. is entitled to an award of reasonable attorney's fees.  Plaintiff C.H. Robinson Company, Inc. must file a motion for attorney's fees in accordance with Local Rule CV-54(b), **no later than July 23, 2025**.

**SO ORDERED.**

**SIGNED this 9th day of July, 2025.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE