IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| C.H. ROBINSON COMPANY, INC., | § § | |
| Plaintiff, | § § | |
| v. | § § § | CAUSE NO. EP-24-CV-245-KC |
| J.R. PRODUCE AND FOOD SERVICE, INC.; DANIEL ENRIQUEZ HERNANDEZ; and MARCOS ENRIQUEZ HERNANDEZ, | § § § § § § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On this day, the Court considered United States Magistrate Judge Robert F. Castaneda's Report and Recommendation ("R&R"), ECF No. 25.  On July 21, 2025, Plaintiff filed a Motion for Attorney Fees and Costs ("Motion"), ECF No. 24. The Court referred the Motion to Judge Castaneda.  July 22, 2025, Text Order.

Judge Castaneda filed the R&R on August 22, 2025, recommending that the Court grant in part and deny in part Plaintiff's Motion.  Parties have fourteen days from a service of a Report and Recommendation of a United States Magistrate Judge to file written objections.  *See* 28 U.S.C. § 636(b)(1)(C).[1]  Over fourteen days have elapsed since the R&R, and no objections have been filed.

When parties do not file written objections, courts apply a "clearly erroneous, abuse of discretion and contrary to law" standard of review to a report and recommendation.  *United*

---

[1] Federal district courts conduct de novo review of those portions of a report and recommendation to which a party has objected.  *See* 28 U.S.C. § 636(b)(1)(C) ("A judge . . . shall make a de novo determination of those portions of the report . . . to which objection is made . . . .").

*States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).  After reviewing the R&R, the Court agrees with the Magistrate Judge's proposed findings of fact and conclusions of law and finds that they are neither clearly erroneous nor contrary to law.  *See id.*

Accordingly, the Court **ADOPTS** the R&R, ECF No. 25, in its entirety, and **GRANTS IN PART** and **DENIES IN PART** Plaintiff's Motion for Attorneys' Fees and Costs, ECF No. 24.  Defendants J.R. Produce and Food Service, Inc.; Daniel Enriquez Hernandez; and Marcos Enriquez Hernandez are jointly and severally liable and **SHALL PAY** Plaintiff $20,145.00 in attorneys' fees and $870.50 in costs of court.

The Clerk shall close the case.

**SO ORDERED.**

**SIGNED this 9th day of September, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE